DAVID FINK (*pro hac vice*)
TIMOTHY W. JOHNSON (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tel.   (713) 729-4991
Fax.   (713) 729-4051

DUNCAN M. MCNEILL (SBN 136416)
375 South Mayfair Ave, Suite 200
Daly City, CA 94015
Tel.   (650) 994-2295
Fax.   (650) 994-2297

Attorneys for Plaintiff,
FUZZYSHARP TECHNOLOGIES INCORPORATED


EDWARD V. ANDERSON (SBN 83148)
 eanderson@sidley.com
Matthew L. McCarthy (SBN 217871)
 mmcarthy@sidley.com
SIDLEY AUSTIN BROWN & WOOD, LLP
555 California Street
San Francisco, CA 94102
Tel.   (415) 772-1200
Fax.   (415) 772-7400

V. Bryan Medlock, Jr. (*Pro Hac Vice*)
 bmedlock@sidley.com
Thomas N. Tarnay (*Pro Hac Vice*)
 ttarnay@sidley.com
Catherine I. Rajwani (*Pro Hac Vice*)
 crajwani@sidley.com
Scott W. Hejny (*Pro Hac Vice*)
 shejny@sidley.com
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Tel.   (214) 981-3300
Fax.   (214) 981-3400

Attorneys for Defendant,
ATI TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

-1-

FUZZYSHARP TECHNOLOGIES INC. v. ATI TECHNOLOGIES, INC.
STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS
CASE NO. 4:05-CV-01318-CW

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>       Plaintiff,<br><br>vs.<br><br>ATI TECHNOLOGIES, INC.<br><br>       Defendant. | Case No. 4:05-cv-01318-CW<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: 60 days after entry of the Court's claim construction order.

Dated: 1 Aug. 05

_____
Attorney for Plaintiff

Dated: Aug. 2, 2005

_____
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>      Plaintiff,<br><br>vs.<br><br>ATI TECHNOLOGIES, INC.<br><br>      Defendants. | ) CASE NO. 4:05-CV-01318-CW<br>)<br>) ~~PROPOSED~~ ORDER SELECTING ADR<br>) PROCESS |

## ~~PROPOSED~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

Deadline for ADR session: 60 days after entry of the Court's claim construction order.

IT IS SO ORDERED.

Dated: 8/9/05

/s/ CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE