1    David Fink
     Timothy W. Johnson
2    7519 Apache Plume
     Houston, TX 77071
3    713.729.4991 Telephone
     713.729.4951 Facsimile
4    litigation@houston.rr.com
     Admitted Pro Hac Vice
5
     Duncan M. McNeill
6    375 South Mayfair Ave, Suite 200
     Daly City, CA 94015
7    650.994.2295 Telephone
     650.994.2297 Facsimile
8    dmcneill1@netzero.com
     Fed. Bar No. 136416
9
     Attorneys for Plaintiff ,
10   FUZZYSHARP TECHNOLOGIES INCORPORATED

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  OAKLAND DIVISION

14   FUZZYSHARP TECHNOLOGIES          )    CASE NO. **C 05 - 01318 CW** (ENE)
15   INCORPORATED,                    )
                                      )    [~~proposed~~] **ORDER ON**
16              Plaintiff,            )    **STIPULATION OF THE PARTIES TO**
                                      )    **EXTEND THE DEADLINE TO**
17              v.                    )    **EXCHANGE PRELIMINARY CLAIM**
                                      )    **CONSTRUCTIONS PURSUANT TO**
18   ATI TECHNOLOGIES, INC.,          )    **PATENT L.R. 4-2**
                                      )
19              Defendant.            )
                                      )
20   _____)

21

22

23

24

25

26

27          Order on Stipulation to Extend the Deadline for Exchanging Preliminary Claim Constructions
            FuzzySharp Technologies, Inc. v. ATI Technologies, Inc.,   Case No. C 05 - 01318 CW
28                                              1

1    The parties have stipulated to extend the deadline to exchange their Preliminary

2 Claim Constructions pursuant to Patent L.R. 4-2 from December 16, 2005 to December

3 21, 2005.

4    The Court hereby accepts the stipulation and orders that the deadline to exchange

5 their Preliminary Claim Constructions is extended to December 21, 2005.

6    Executed in Chambers this ____20th____ day of __December__, 2005.

Hon. Claudia Wilken
U.S. District Judge

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served upon the following via electronic mail (email) and Federal Express on December 15, 2005:

Mr. Thomas M. Tarnay
Sidley Austin Brown & Wood LLP
717 N. Harwood
Dallas, TX 75201
Attorney for the Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: December 15, 2005

Timothy W. Johnson