1  David Fink (Pro Hac Vice)
   <litigation@houston.rr.com>
2  Timothy W. Johnson (Pro Hac Vice)
   <litigation@houston.rr.com>
3  7519 Apache Plume
   Houston, TX 77071
4  Tel: (713) 729-4991
   Fax: (713) 729-4951
5
   Duncan M. McNeill dmcneill1@netzero.com
6  Fed. Bar No. 136416
   375 South Mayfair Ave, Suite 200
7  Daly City, CA 94015
   Tel: (650) 994-2295
8  Fax: (650) 994-2297

9  Attorneys For Plaintiff,
   FUZZYSHARP TECHNOLOGIES INCORPORATED
10
   Edward V. Anderson
11 (SBN 83148)
   <eanderson@sidley.com>
12 Matthew L. McCarthy
   (SBN 217871)
13 <mmccarthy@sidley.com>
   SIDLEY AUSTIN LLP
14 555 California Street, Suite 5000
   San Francisco, CA 94104-1715
15 Telephone:  (415) 772-1200
   Facsimile:   (415) 772-7400
16
   V. Bryan Medlock, Jr. (Pro Hac Vice)
17 (TX SBN 13897000)
   <bmedlock@sidley.com>
18 Thomas N. Tarnay (Pro Hac Vice)
   (TX SBN 24003032)
19 <ttarnay@sidley.com>
   Tung T. Nguyen (Pro Hac Vice)
20 (TX SBN 24007745)
   <tnguyen@sidley.com>
21 Catherine I. Rajwani (Pro Hac Vice)
   (TX SBN 24034641)
22 <crajwani@sidley.com>
   SIDLEY AUSTIN LLP
23 717 N. Harwood, Suite 3400
   Dallas, TX 75201
24 Tel: (214) 981-3300
   Fax: (214) 981-3400
25
   Attorneys For Defendant,
26 ATI TECHNOLOGIES INC.

27

28

-1-

[PROPOSED] ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER - CASE NO 04:05-CV-01318 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ATI TECHNOLOGIES INC., <br><br> Defendant. | Case No. 04:05-CV-01318 CW <br><br> Assigned to: Hon. Claudia Wilken <br><br> **ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER** |

### ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER

On May 15, 2006 the Parties files a Stipulated Request For Order Changing Time For Expert Discovery Dispositive Motions And Claim Construction Pursuant to Local Rule 6-2. [Docket No. 47]. For good cause shown, the Court modifies certain dates in the Amended Minute Order and Case Management Order [Docket No. 31], as modified on March 23, 2006 [Docket No. 46], as follows:

| | |
|---|---|
| May 26, 2006 | Plaintiff shall serve a statement by expert Hong Lip Lim which addresses the topics set forth in FRCP 26(a)(2)(B). |
| June 22, 2006 | The Parties shall exchange rebuttal expert reports (noninfringement, validity and damages) on June 22, 2006. |
| July 21, 2006 | The Parties shall complete fact and expert discovery by July 21, 2006. |
| September 5, 2006 | Plaintiff's Opening Claim Construction/Dispositive Motion contained within one brief due September 5, 2006. |
| October 11, 2006 | Defendant's Responsive Claim Construction/Cross Dispositive Motion contained within one brief due October 11, 2006. |
| October 25, 2006 | Plaintiff's Reply/Opposition due October 25, 2006. |
| November 1, 2006 | Defendant's Surreply due November 1, 2006. |

[PROPOSED] ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER - CASE NO 04:05-CV-01318 CW

| | |
|---|---|
| December 8, 2006 | Case dispositive motions and claim construction hearing will be held on December 8, 2006. |
| April 20, 2007 | Final Pretrial Conference. |
| April 30, 2007 | Jury Trial. |

IT IS SO ORDERED.

5/17/06                                                         /s/ CLAUDIA WILKEN

Dated: _____                    _____
                                                                  Honorable Claudia Wilken
                                                                  United States District Judge

DA1 352492v.1

-3-

**[PROPOSED] ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER - CASE NO 04:05-CV-01318 CW**