David Fink (Pro Hac Vice)
<litigation@houston.rr.com>
Timothy W. Johnson (Pro Hac Vice)
<litigation@houston.rr.com>
7519 Apache Plume
Houston, TX 77071
Tel: (713) 729-4991
Fax: (713) 729-4951

Duncan M. McNeill
<dmcneill1@netzero.com>
Fed. Bar No. 136416
1514 Van Dyke Avenue
San Francisco, CA   94124
Tel: (650) 994-2295
Fax: (650) 994-2297

Attorneys For Plaintiff,
FUZZYSHARP TECHNOLOGIES INCORPORATED

Edward V. Anderson
(SBN 83148)
<eanderson@sidley.com>
Matthew L. McCarthy
(SBN 217871)
<mmccarthy@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, CA 94104-1715
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

V. Bryan Medlock, Jr. (Pro Hac Vice)
(TX SBN 13897000)
<bmedlock@sidley.com>
Thomas N. Tarnay (Pro Hac Vice)
(TX SBN 24003032)
<ttarnay@sidley.com>
Tung T. Nguyen (Pro Hac Vice)
(TX SBN 24007745)
<tnguyen@sidley.com>
Catherine I. Rajwani (Pro Hac Vice)
(TX SBN 24034641)
<crajwani@sidley.com>
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

Attorneys For Defendant,
ATI TECHNOLOGIES INC.

-1-

**[PROPOSED] CORRECTED ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER** - **CASE NO 04:05-CV-01318 CW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| FUZZYSHARP TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ATI TECHNOLOGIES INC., <br><br> Defendant. | Case No. 04:05-CV-01318 CW <br><br> Assigned to: Hon. Claudia Wilken <br><br> **CORRECTED ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER** |

## **CORRECTED ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER**

On July 11, 2006, the Parties filed a CORRECTED STIPULATED REQUEST FOR ORDER CHANGING TIME FOR REBUTTAL EXPERT REPORTS pursuant to Local Rule 6-2. For good cause shown, the Court modifies the date for Rebuttal Expert Reports as set forth in the ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER entered on May 17, 2006 [Docket No. 48], as follows:

| | |
|---|---|
| May 26, 2006 | Plaintiff shall serve a statement by expert Hong Lip Lim which addresses the topics set forth in FRCP 26(a)(2)(B). |
| June 30, 2006 (new date) | The Parties shall exchange rebuttal expert reports (noninfringement, validity and damages) on June 30, 2006. |
| July 21, 2006 | The Parties shall complete fact and expert discovery by July 21, 2006. |
| September 5, 2006 | Plaintiff's Opening Claim Construction/Dispositive Motion contained within one brief due September 5, 2006. |
| October 11, 2006 | Defendant's Responsive Claim Construction/Cross Dispositive Motion contained within one brief due October 11, 2006. |
| October 25, 2006 | Plaintiff's Reply/Opposition due October 25, 2006. |
| November 1, 2006 | Defendant's Surreply due November 1, 2006. |

-2-

[PROPOSED] CORRECTED ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER - CASE NO 04:05-CV-01318 CW

-3-

| | | |
|---|---|---|
| December 8, 2006 | Case dispositive motions and claim construction hearing will be held on December 8, 2006. | |
| April 20, 2007 | Final Pretrial Conference. | |
| April 30, 2007 | Jury Trial. | |

IT IS SO ORDERED.

Dated: 7/17/06

/s/ CLAUDIA WILKEN

Honorable Claudia Wilken
United States District Judge

DA1 357999v.1

**[PROPOSED] CORRECTED ORDER MODIFYING AS AMENDED THE AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER - CASE NO 04:05-CV-01318 CW**