DAVID FINK (*pro hac vice*)
TIMOTHY W. JOHNSON (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tel.  (713) 729-4991
Fax.  (713) 729-4051

DUNCAN M. MCNEILL (SBN 136416)
375 South Mayfair Ave, Suite 200
Daly City, CA 94015
Tel.  (650) 994-2295
Fax.  (650) 994-2297

Attorneys for Plaintiff,
FUZZYSHARP TECHNOLOGIES INCORPORATED


EDWARD V. ANDERSON (SBN 83148)
 *eanderson@sidley.com*
SIDLEY AUSTIN BROWN & WOOD, LLP
555 California Street
San Francisco, CA 94102
Tel.  (415) 772-1200
Fax.  (415) 772-7400

V. Bryan Medlock, Jr. (*Pro Hac Vice*)
 *bmedlock@sidley.com*
Thomas N. Tarnay (*Pro Hac Vice*)
 *ttarnay@sidley.com*
Catherine I. Rajwani (*Pro Hac Vice*)
 *crajwani@sidley.com*
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Tel.  (214) 981-3300
Fax.  (214) 981-3400

Attorneys for Defendant,
ATI TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

-1-

FUZZYSHARP TECHNOLOGIES INC. v. ATI TECHNOLOGIES, INC.
STIPULATED CONDITIONAL DISMISSAL AND PROPOSED ORDER
CASE NO. 4:05-CV-01318-CW

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>ATI TECHNOLOGIES, INC.<br><br>    Defendant. | Case No. 4:05-cv-01318-CW<br><br>STIPULATED CONDITIONAL DISMISSAL |

FuzzySharp Technologies, Inc. and ATI Technologies, Inc. through their respective attorneys, hereby file this stipulated conditional dismissal. The parties, in good faith, agree and believe that the settlement reached verbally last week will be put into written form within thirty (30) days. Therefore, in an effort to minimize judicial resources and to minimize the expenses and costs to the parties, it is hereby stipulated that:

1. This action be conditionally dismissed without prejudice for thirty (30) days from the date of the Order signed by the Court, each party bearing its own costs.

2. During the aforementioned thirty (30) day period, either party may request the Court to reopen the case.

3. If, after the expiration of the aforementioned thirty (30) days, no party has submitted a request to the Court to reopen this case, then it is hereby stipulated that this case be dismissed with prejudice, each party to bear its own costs.

For the foregoing reasons, the parties request the Court to accept this Stipulation and the proposed Order being submitted herewith.

Date: July 19, 2006

/s/ DAVID FINK
David Fink
Timothy W. Johnson
Duncan M. McNeill
Attorneys for Plaintiff
FuzzySharp Technologies Inc.

Date: July 19, 2006

/s/ THOMAS N. TARNAY
V. Bryan Medlock
Thomas N. Tarnay

Catharine I. Rajwani
Attorneys for Plaintiff
ATI Technologies Inc.

IT IS SO ORDERED

Date:   7/25/06

_____
Honorable Claudia Wilken
United States District Judge